IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS, INC., <br><br>    Plaintiff,<br><br>  vs.<br><br>RONALD D. BONHAM,<br><br>    Defendant. | O R D E R<br>Civ. No. 07-666-TC |

AIKEN, Judge:

    Plaintiff's Motion for a Temporary Restraining Order (doc. 2) is granted.  Further, plaintiff's request for oral argument is denied as unnecessary.

IT IS SO ORDERED.

    Dated this 8th day of May 2007.


                                                /s/ ANN AIKEN
                                                Ann Aiken
                                  United States District Judge

1 - ORDER