THE HONORABLE ANN AIKEN

Fredrick D Huebner, OSBA No. 04189
fdh@cablelang.com
Lawrence R Cock, WSBA #20326
lrc@cablelang.com
CABLE, LANGENBACH, KINERK & BAUER, L.L.P
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 292-8800
Fax: (206) 292-04949

Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS INC., <br><br> Plaintiff, <br><br> vs. <br><br> RONALD D. BONHAM, <br><br> Defendant. | NO. 6:07-CV-00666 <br><br> ORDER DISSOLVING TEMPORARY RESTRAINING ORDER <br><br> [Proposed] |

## [PROPOSED] ORDER OF THE COURT

The parties having stipulated to the Dissolution of the May 8, 2007 Temporary Restraining Order of this Court, it is hereby ORDERED that the Temporary Restraining Order is Dissolved as of May 25, 2007 at 5:00 o'clock p.m. Pacific Daylight Time.

ORDER DISSOLVING TEMPORARY RESTRAINING ORDER [Proposed] - 1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

IT IS SO ORDERED.
DATED this 6 day of ~~May~~ June, 2007.

_____
The Honorable Ann Aiken

Presented by:

CABLE, LANGENBACH, KINERK & BAUER, LLP

By _____
Fredrick D. Huebner, WSBA #12682
Attorneys for Defendant Ronald D. Bonham

Approved as to Form;
Approved for Entry:

By _____
Eric D. Lansverk, WSBA #17218
Joseph Sakay, OSBA # 027134
Attorneys for Plaintiff Smith Barney

ORDER DISSOLVING TEMPORARY RESTRAINING
ORDER [Proposed] - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE WASHINGTON 98104-1048
(206) 292-8800