THE HONORABLE ANN AIKEN

Fredrick D Huebner, OSBA No 04189
fdh@cablelang.com
Lawrence R. Cock, WSBA #20326
lrc@cablelang.com
CABLE, LANGENBACH, KINERK & BAUER, L L P
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 292-8800
Fax: (206) 292-04949

Counsel for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS INC , <br><br> Plaintiff, <br><br> vs. <br><br> RONALD D. BONHAM, <br><br> Defendant. | NO. 6:07-CV-00666 <br><br> ORDER OF DISMISSAL WITH PREJUDICE <br> [Proposed] |

### [PROPOSED] ORDER OF THE COURT

The parties having settled this matter and Stipulating to Dismissal with Prejudice, it is

hereby ORDERED that this case is DISMISSED WITH PREJUDICE and without cost to either

party.

ORDER OF DISMISSAL WITH PREJUDICE [Proposed]- 1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE WASHINGTON 98104-1048
(206) 292-8800

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

_____
The Honorable Ann Aiken

Presented by:

CABLE, LANGENBACH, KINERK & BAUER, LLP

By_____
Fredrick D. Huebner, WSBA #12682
Attorneys for Defendant Ronald D. Bonham

Approved as to Form;
Approved for Entry:

By_____
Eric D. Lansverk, WSBA #17218
Joseph Sakay, OSBA # 027134
Attorneys for Plaintiff Smith Barney

ORDER OF DISMISSAL WITH PREJUDICE [Proposed]- 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE WASHINGTON 98104-1048
(206) 292-8800